

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HOPETON FITZGERALD FLETCHER,<br>a/k/a "GEORGE,"<br><br>Defendant. | Case No. 1:22-CR-118 |

## CRIMINAL INFORMATION

### Count 1

THE UNITED STATES ATTORNEY CHARGES THAT from in or about June of 2019 to in or about December 2019, within the Eastern District of Virginia, and elsewhere, the defendant, HOPETON FITZGERALD FLETCHER, did unlawfully, knowingly, and intentionally combine, conspire, confederate, and agree with other persons, both known and unknown, to unlawfully, knowingly, and intentionally distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Sections 841(a)(1) and 846).

A.

## FORFEITURE NOTICE

The defendant, HOPETON FITZGERALD FLETCHER, is hereby notified, pursuant to Fed. R. Crim. P. 32.2(a), that upon conviction of the controlled substances offense alleged in Count 1 of the Information, the defendant shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of such violation; and any of the defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations.

The defendant, HOPETON FITZGERALD FLETCHER, is hereby notified, pursuant to Fed. R. Crim. P. 32.2(a), that upon conviction of the controlled substances offense alleged in Count 1 of the Information, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in the violation.

Pursuant to 21 U.S.C. § 853(p), HOPETON FITZGERALD FLETCHER shall forfeit substitute property, if, by any act or omission of HOPETON FITZGERALD FLETCHER, the property referenced above cannot be located upon the exercise of due diligence; has been transferred, sold to, or deposited with a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

(Pursuant to Title 18, United States Code, Section 924(d); Title 21, United States Code, Section 853; Title 28, United States Code, Section 2461(c); and Fed. R. Crim. P. 32.2(a).)

Respectfully submitted,

Jessica D. Aber
United States Attorney

Date: July 5, 2022        By: _____
                              Lea A. Reizman
                              Special Assistant United States Attorney

                              Rachel M. Roberts
                              Special Assistant United States Attorney (LT)