| | | |
|---|---|---|
| Judge: Alston | **SENTENCING** | Date: 4/19/2023 |
| Reporter: T. Harris | | Time: 10:50 to 11:12 |

Cr. #   1:22CR00118-001           AUSA:    Bibeane Metsch, Lauren Hahn
U.S. v. Hopeton Fitzgerald Fletcher     Defense: Andrew Stewart

The Court finds the guidelines to be properly assessed at a range of 87 to 108 months.
US' 5k Motion for Downward Departure – Granted.

Considering the factors under § 3553, the Court finds that the following sentence is appropriate.

**Sentence Imposed:**

42       Months imprisonment

5        Years supervised release

**Conditions of Supervised Release:**

1) Upon completion of his term of imprisonment, if the defendant is ordered to do so, the defendant is to be surrendered to a duly-authorized immigration official of the Department of Homeland Security United States Immigration and Customs Enforcement for a deportation review in accordance with established procedures provided by the Immigration and Nationality Act, 8 U.S.C. 1101 et seq. As a further condition of supervised release, if ordered deported, the defendant shall remain outside the United States.

2) The defendant shall provide the probation officer access to any requested financial information.

3) The defendant shall not use marijuana or cannabis in any form.

4) If the defendant tests positive for controlled substance or shows signs of alcohol abuse, the defendant shall participate in a program approved by the United States Probation Office for substance abuse, which program may include residential treatment and testing to determine whether the defendant has reverted to the use of drugs or alcohol, with partial cost to be paid by the defendant, all as directed by the probation officer.

**Monetary penalties:**
 $100.00   Assessment $ 0      Fine

**Recommendations to BOP:**
The Court recommends that the defendant participate in the Bureau of Prison's Residential Drug Abuse Program (RDAP).

The Court recommends that the defendant be designated to the facility in Cumberland, Maryland.

Defendant: _____   Remanded ✓ To voluntarily surrender on 5/31/2023.