April 5, 2024

Clerk, US District Court
Eastern District of VA
Albert V Bryan Sr Fed Bldg
401 Courthouse Square
Alexandria, VA  22314-5798

    Re:  United States v Hopeton Fitzgerald Fletcher
         Crim No:  1:22cr00118-001
         USM  No:  #94738-509

    Subj:  Filing of Motion   |   Two Point Reduction

Dear Clerk:

Please find enclosed for filing, a Motion for the Reduction of Sentence, pursuant to Amendment 821; Request for the Appointment of Counsel; Exhibits, Judicial Notice, along with Certificate of Service.

As a professional courtesy, would you please send me a copy of my docket text sheet, so that I can ascertain the status [of] this filing.  Thank you.

In closing, I wish to thank you again, for your time, patience and assistance in regards to this matter.  May GOD Bless this Honorable Court.

Please advise.

With Kind Regards,

/s/ _____

HOPETON FITZGERALD FLETCHER, PRO SE
USP ATLANTA
601 McDonough Blvd, SE
PO Box 150160
Atlanta, GA  30315-4400

Certified Mail   |   Return   Receipt   |   Merchandise Number
            7018   0040   0000   2561   4493