

# FSA Recidivism Risk Assessment (PATTERN 01.03.00)

Register Number: 94738-509, Last Name: FLETCHER

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

```
Register Number: 94738-509          Risk Level Inmate....: R-LW
Inmate Name                           General Level......: R-LW (15)
  Last.........: FLETCHER             Violent Level......: R-MIN (6)
  First........: HOPETON            Security Level Inmate: LOW
  Middle.......: FITZGERA           Security Level Facl..: LOW
  Suffix.......:                    Responsible Facility.: ATL
Gender.........: MALE               Start Incarceration..: 06/21/2023
```

## PATTERN Worksheet Summary

| Item | Value | General Score | Violent Score |
|---|---|---|---|
| Current Age | 55 | 7 | 4 |
| Walsh w/Conviction | FALSE | 0 | 0 |
| Violent Offense (PATTERN) | FALSE | 0 | 0 |
| Criminal History Points | 4 | 16 | 6 |
| History of Escapes | 0 | 0 | 0 |
| History of Violence | 0 | 0 | 0 |
| Education Score | HighSchoolDegreeOrGED | -2 | -2 |
| Drug Program Status | NoDAPCompletion | 0 | 0 |
| All Incident Reports (120 Months) | 0 | 0 | 0 |
| Serious Incident Reports (120 Months) | 0 | 0 | 0 |
| Time Since Last Incident Report | N/A | 0 | 0 |
| Time Since Last Serious Incident Report | N/A | 0 | 0 |
| FRP Refuse | FALSE | 0 | 0 |
| Programs Completed | 2 | -6 | -2 |
| Work Programs | 0 | 0 | 0 |
| | Total | 15 | 6 |

## PATTERN Worksheet Details

Item: Programs Completed, Value: 2

General Score: -6, Violent Score: -2

Risk Item Data

| Category | Assignment | Start | Stop |
|---|---|---|---|
| EDC | BUS MANAGE | 08/01/2023 18:39 | 08/01/2023 18:39 |
| EDC | CASH FLOW | 10/02/2023 09:25 | 10/02/2023 09:25 |

---

Item: Work Programs, Value: 0

General Score: 0, Violent Score: 0

Risk Item Data
  No Data

EXHIBIT A

```
ATLJL    531.01  *           INMATE HISTORY              *      03-26-2024
PAGE 001 OF 001 *              PT OTHER                  *       15:18:21


 REG NO..: 94738-509 NAME....: FLETCHER, HOPETON FITZGERA
 CATEGORY: PTO         FUNCTION: DIS      FORMAT:


 FCL    ASSIGNMENT  DESCRIPTION                START DATE/TIME STOP  DATE/TIME
 ATL    ANG M WAIT  ANGER MANAGEMENT CBT WAIT  07-13-2023 0913 CURRENT
 ATL    CR TH WAIT  CRIMINAL THINKING WAIT     07-13-2023 0913 CURRENT
 ATL    ALEPH C     ALEPH CCP COMP             10-27-2023 1535 10-27-2023 153!
 ATL    ALEPH P     ALEPH CCP PART             09-18-2023 1852 10-27-2023 153!




G0005           TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

```
ATLJL              *      INMATE EDUCATION DATA       *      03-26-2024
PAGE 001 OF 001 *             TRANSCRIPT              *      15:19:08


REGISTER NO: 94738-509    NAME..: FLETCHER             FUNC: DIS
FORMAT.....: TRANSCRIPT   RSP OF: ATL-ATLANTA USP


-------------------------- EDUCATION INFORMATION ---------------------------
FACL ASSIGNMENT DESCRIPTION                 START DATE/TIME STOP DATE/TIME
ATL  GED HAS    COMPLETED GED OR HS DIPLOMA 07-01-2023 1926 CURRENT


--------------------------- EDUCATION COURSES -----------------------------
SUB-FACL   DESCRIPTION                 START DATE   STOP DATE  EVNT AC LV  HRS
ATL        BEHAVIOR SKILLS FOR RE-ENTRY 12-04-2023  12-18-2023  P   C  P   10
ATL        CASH FLOW CLASS              10-02-2023  10-30-2023  P   C  P   10
ATL        BUSINESS MANAGEMENT          08-01-2023  08-31-2023  P   C  P   10




G0005      TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

EXHIBIT A

```
ATLK1            *        INMATE EDUCATION DATA       *    04-08-2024
PAGE 001 OF 001  *             TRANSCRIPT             *    09:39:06

REGISTER NO: 94738-509    NAME..: FLETCHER              FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: ATL-ATLANTA USP

------------------------- EDUCATION INFORMATION ---------------------------
FACL ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP DATE/TIME
ATL  GED HAS    COMPLETED GED OR HS DIPLOMA  07-01-2023 1926 CURRENT

--------------------------- EDUCATION COURSES -----------------------------
SUB-FACL   DESCRIPTION                      START DATE  STOP DATE EVNT AC LV  HRS
ATL        DCU JOB PLACEMENT                03-21-2024 04-08-2024  P   C  P   10
ATL        DENTENTION CENTER ANGMGT CLS     03-21-2024 04-08-2024  P   C  P   10
ATL        DENTENTION CENTER PARENTING CL   03-21-2024 04-08-2024  P   C  P   10
ATL        DCU MONEY MANAGEMENT             03-21-2024 04-08-2024  P   C  P   10
ATL        DCU PROBLEM SOLVING              03-21-2024 04-08-2024  P   C  P   10
ATL        BEHAVIOR SKILLS FOR RE-ENTRY     12-04-2023 12-18-2023  P   C  P   10
ATL        CASH FLOW CLASS                  10-02-2023 10-30-2023  P   C  P   10
ATL        BUSINESS MANAGEMENT              08-01-2023 08-31-2023  P   C  P   10




G0000          TRANSACTION SUCCESSFULLY COMPLETED
```

# CERTIFICATE OF COMPLETION

*Presented to*

# HOPETON FITZGERA FLETCHER

For having successfully completed the First Step Act Productive Activity Course

# SEVEN PATHS TO LOVE, LIFE, PURPOSE & SERENITY

Awarded on February 3, 2024

P. Ray, Staff Chaplain

CERTIFICATE OF SERVICE

    I, HOPETON F FLETCHER, hereby certify that I have served a true and correct copy of the foregoing instrument, Motion for the Modification of Sentence, pursuant to Amendment 821, via[] US Postal Service, Certified Mail, Return Receipt, bear[ing][] Merchandise Number: 7018 0040 0000 2561 4493, on this 5th day of August, 2024, by giving said instrument to BOP Officials for forwarding, to the appropriate agency, which is deemed filed at such time, pursuant to Houston v Lack, 487 US 266 (1988)(mailbox rule) and mailed to the following district court for docketing:

    Clerk, US District Court
    Eastern District of VA
    401 Courthouse Square
    Albert V Bryan Sr Fed Bldg
    Alexandria, VA 22314-5798

    Executed under the pains and penalties of perjury, pursuant to 28 USC § 1746.

/s/ _Hopton F_____

    HOPETON FITZGERALD FLETCHER, PRO SE
    USP ATLANTA
    601 McDonough Blvd, SE
    PO Box 150160
    Atlanta, GA 30315-4400